# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

| | |
|---|---|
| HEIDI LOSLEBEN, | Civil No. 10-0628 (JRT/AJB) |
| Plaintiff, | |
| v. | **ORDER** |
| MRS ASSOCIATES AND MR. GRAVES, | |
| Defendants. | |

___

Chris Wheaton, **WHEATON LAW GROUP, PLLC,** 2021 East Hennepin Avenue, Suite 195, Minneapolis, MN 55413, for plaintiff.

Eric Nasstrom and Brian Sund, **MORRISON FENSKE & SUND, PA,** 5125 County Road 101, Suite 202, Minnetonka, MN 55345, for defendants.

This matter is before the Court upon the stipulation of dismissal filed by the parties on July 30, 2010 [Docket No. 13].

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: August 3, 2010
at Minneapolis, Minnesota.

                                                        s/ John R. Tunheim
                                                    JOHN R. TUNHEIM
                                       United States District Judge